**Order entered March 4, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00178-CR

**TRADAREON JAMEL CHOICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F-1775538-X**

### ORDER

Before the Court is appellant's March 2, 2020 motion to extend time to file his brief. On January 29, 2020, the Court ordered the brief filed as of the date it was tendered. In light of this, we **DENY** appellant's motion as moot.

/s/    LANA MYERS
        PRESIDING JUSTICE